UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

|  | ) |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
| **In re: REASSIGNMENT OF** | ) |  |
| **PENDING CIVIL CASES.** | ) | **ORDER** |
|  | ) |  |
|  | ) |  |
|  | ) |  |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

By agreement of the affected Judges, it is hereby **ORDERED** as follows:

1. The following civil cases previously assigned to the undersigned are **REASSIGNED** to the Honorable United States District Judge Stephen Chad Meredith for all further proceedings:

*Bonfiglioli USA, Inc. v. Midwest Engineered Components, Inc.*, Civil Action No. 2: 23-014

*Armstrong et al. v. Campbell County and Municipal Planning and Zoning Commission et al.*, Civil Action No. 2: 23-046

*Bowles v. SSRG Holdings, LLC*, Civil Action No. 2: 23-146

*Doe v. Diocese of Covington et al.*, Civil Action No. 2: 23-151

*Jones v. Kenton County, Kentucky, et al.*, Civil Action No. 2: 23-164

*WILD Flavors, Inc. et al. v. Wausau Underwriters Insurance Company, et al.*, Civil Action No. 2: 24-006

*Tobien v. Nationwide General Insurance Company*, No. 2: 24-042

*Kallmeyer v. Mathews*, Civil Action No. 2: 24-051

*Tennessee, et al. v. McMahon, et al.*, Civil Action No. 2: 24-072

*Ferreiras v. The City of Covington et al.,* Civil Action No. 2: 24-074

*Steger v. Willis, et al.*, Civil Action No. 2: 24-095

*Matt Anderson; USA and Commonwealth of Kentucky, ex rel v. Saint Elizabeth Medical Center, INC., et al.*, Civil Action No. 2: 24-106

*Kirtley et al. v. City of Walton et al.*, Civil Action No. 2: 24-112

*Erie Insurance Company et al v. Works*, Civil Action No. 2: 24-124

*Lighthouse Transportation Services LLC v. Silver Frog Freight Logistics, LLC*, Civil Action No. 2: 24-125

*Thornton v. SFC Global Supply Chain, Inc.*, Civil Action No. 2: 24-168

*CellMark, Inc. v. Webster, et al.*, Civil Action No. 2: 24-181

*Perfetti Van Melle USA Inc. v. Dematic Corp.*, Civil Action No. 2: 24-190

*Motorists Commercial Mutual Insurance Company v. American Sound & Electronics, Inc. et al.*, Civil Action No. 2: 24-195

*Griggs v. Steinhard*, Civil Action No. 2: 24-198

*Follis, Jr. v. Loth*, Civil Action No. 2: 24-203

*Sholin v. Mbele et al.,* Civil Action No. 2: 24-222

*Hollingsworth Capital Partners - Investments II, LLC v. Delivery Group, Inc.*, Civil Action No. 2: 24-237

*Lorfils v. YOPO Expedite, Inc et al.,* Civil Action No. 2: 25-026

*Allied World Specialty Insurance Co. v. Cincinnati Air Conditioning, LLC*, Civil Action No. 2: 25-032

*Conner v. City of Covington et al.*, Civil Action No. 2: 25-042

*Kremer v. Namdar Realty Group, LLC. et al.*, Civil Action No. 2: 25-048

*Hobbs v. SSA*, Civil Action No. 2: 25-062

*Amann v. Prospect Airport Services, Inc.*, Civil Action No. 2: 25-067

*Vasseur v. Federal Express Corporation*, Civil Action No. 2: 25-069

*Beckner et al. v. Safeco Insurance Company of America*, Civil Action No. 2: 25-071

*Manning v. SSA*, Civil Action No. 2: 25-082

*Williams v. Bunning*, Civil Action No. 2: 25-091

*Blanchet v. FYX Fleet, LLC*, Civil Action No. 2: 25-092

*Marimon v. Archer Daniels Midland Company*, Civil Action No. 2: 25-094

*Patel v. U.S. Citizenship and Immigration Services*, Civil Action No. 2: 25-095

*Zala v. United States Citizenship and Immigration Services*, Civil Action No. 2: 25-103

*J.Q.S. et al. v. The Diocese of Covington, Dept. of Catholic Schools et al.*, Civil Action No. 2: 25-110

*Hinton v. Alclear, LLC*, Civil Action No. 2: 25-111

*Grych-Cooley v. SSA*, Civil Action No. 2: 25-116

*Davis et al. v. Schindler Elevator Corporation et al.*, Civil Action No. 2: 25-117

*Gohman v. Protective Life Insurance Co.*, Civil Action No. 2: 25-118

*Roy et al. v. Fort Thomas Independent Schools et al.*, Civil Action No. 2: 25-120

*Keitz v. City of Covington et al.*, Civil Action No. 2: 25-125

*Boyer v. UNUM Life Insurance Company of America*, Civil Action No. 2: 25-129

*Churkin et al. v. Rubio et al.,* Civil Action No. 2: 25-131

*Taylor v. DHL Express*, Civil Action No. 2: 25-132

*Dunham v. TRS Recovery Services, Inc. et al.*, Civil Action No. 2: 25-136

*Harris et al. v. State Farm Fire and Casualty Company*, Civil Action No. 2: 25-139

*Ramirez Sanchez v. Maydak et al.*, Civil Action No. 2: 25-142

*Ndiaye v. Olson et al.*, Civil Action No. 2: 25-145

*Patel et al. v. Noem et al.*, Civil Action No. 2: 25-146

*Hernandez-Gomez v. Daley et al.*, Civil Action No. 2: 25-150

*Ramirez v. Holt et al.*, Civil Action No. 2: 25-156

*Singh v. Noem et al.*, Civil Action No. 2: 25-157

*Lowry et al. v. James Lee Stackhouse et al.*, Civil Action No. 2: 25-160

*Singh v. Noem et al.*, Civil Action No. 2: 25-161

*Kisenda v. Ullrich et al.*, Civil Action No. 2: 25-162

*Raschke v. Saint Elizabeth Medical Center, Inc.*, Civil Action No. 2: 25-164

*Sebastian v. Olson et al.*, Civil Action No. 25: 25-167

*B.D.E. v. Hott et al.*, Civil Action No. 2: 25-168

*Burlew v. SSA*, Civil Action No. 2: 25-170

*Harris v. Rainmaker Team, LLC et al.*, Civil Action No. 2: 25-173

*Perry v. Stillwater Insurance Company*, Civil Action No. 2: 25-174

*Stevens v. Amazon.com Services, LLC*, Civil Action No. 2: 25-175

*Miranda v. Olson et al.*, Civil Action No. 2: 25-179

*Clark v. Standard Guaranty Insurance Company*, Civil Action No. 2: 25-181

2. The Clerk of the Court is directed to file this Order in all affected cases listed above.

Dated: November 7, 2025.



Danny C. Reeves, District Judge
United States District Court
Eastern District of Kentucky