UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Covington

| | |
|---|---|
| MOR MATY NDIAYE,<br><br>Petitioner,<br><br>v.<br><br>SAM OLSON, et al.,<br><br>Respondents. | Civil Action No. 2:25-cv-00145-SCM<br><br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Petitioner Mor Maty Ndiaye's Petition for a Writ of Habeas Corpus.  [Dkt. 1].  Respondents having filed their responses, [Dkt. 5, 11], and Petitioner having filed his replies, [Dkt. 10, 12], the Petition is now ripe.  Having reviewed the parties' written submissions, and the Court being otherwise sufficiently advised, **IT IS ORDERED** as follows:

1)      The Court will hold an in-person oral argument on **Monday, January 12, 2026, at 3:30 p.m. EST**, in **Courtroom B** of the United States Courthouse in Covington, Kentucky.

2)      Counsel participating in the hearing should be present at the Courthouse **at least ten minutes before the hearing is scheduled to begin**.

Signed this 10th day of December, 2025.



S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky